TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
CAMERON L. SCHROEDER (Cal. Bar No. 255016)
Assistant United States Attorney
Chief, Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0596
    Facsimile: (213) 894-2927
    E-mail:    cameron.schroeder@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00036-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED VOIR DIRE |
| v. | Trial Date: August 26, 2021<br>Trial Time: 8:30 AM |
| MATTHEW GATREL, | Location:  Courtroom of the Hon.<br>John A. Kronstadt |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Cameron L. Schroeder hereby submits the Government's Proposed Voir Dire.

///

///

The government respectfully requests the Court inquire of all members of the prospective jury panel the following questions, which are relevant to the fair deliberation of this matter.

Dated: August 5, 2021

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

/s/
CAMERON L. SCHROEDER
Assistant United States Attorney

**GOVERNMENT'S PROPOSED VOIR DIRE**

**I. PRIOR EXPERIENCE WITH CRIMINAL CASES/LAW ENFORCEMENT**

1. Have you or any close friend or relative ever been involved in a criminal case as a victim, defendant, or witness?

    a. What type of case was it?

    b. What was your relationship to that case?

    c. When did the case take place?

2. Have you, or any of your close friends or close family members, ever had a negative experience involving law enforcement?

**II. EXPERIENCE AND VIEWS OF COMPUTERS AND COMPUTER CRIME**

1. Do you have a home internet connection?
2. Did you set it up, or did someone else? Who?
3. How often do you use the internet?
4. How do you access the internet?
5. What do you use the internet for, generally speaking?
6. If someone explains technical concepts to you, are you generally able to follow along or do you become intimidated?
7. Do you think you would be able to listen attentively to testimony about computer and network concepts throughout this trial?
8. Do you have any views about the appropriateness of the federal government prosecuting computer crimes?