TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
CAMERON L. SCHROEDER (Cal. Bar No. 255016)
Assistant United States Attorney
Chief, Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0596
     Facsimile: (213) 894-2927
     E-mail:   cameron.schroeder@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00036-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | Trial Date: August 26, 2021<br>Trial Time: 8:30 AM |
| MATTHEW GATREL, | Location:   Courtroom of the Hon.<br>              John A. Kronstadt |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Cameron L. Schroeder, hereby files its Exhibit List.  The government

//

//

reserves the right to modify this list as needed before or during trial.

Dated: August 5, 2021   Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division


     /s/
CAMERON L. SCHROEDER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|
| Case Name: US v. Mattew Gatrel | | | | | |
| Case Number: CR 19-0036-JAK | | | | | |
| No. of Exhibit | Description | Stip. To Authen. | Stip. To Admiss. | Date Identified | Date Admitted |
| 1 | Downthem.org Website | X | | | |
| 2 | Screen captures of Downthem.org website | X | | | |
| 3 | Screen captures from FBI testing | X | | | |
| 4 | Database for Downthem.org site | X | | | |
| 5 | Screen captures of Downthem.org database | X | | | |
| 6 | Excel version of Downthem.org database | X | | | |
| 7 | Chart of Downthem attack and victim data | X | | | |
| 8 | Chart/demonstrative of FBI attack information | X | | | |
| 9 | Tickets from Downthem database | X | | | |
| 10 | FBI Sensor Data | X | | | |
| 11 | FBI PCAP data | X | | | |
| 12 | Screenshots of PCAP data | X | | | |
| 13 | Chart of PCAP data | X | | | |
| 14 | Ampnode.com Website | X | | | |
| 15 | Screen captures of Ampnode.com website | X | | | |
| 16 | Tickets from Ampnode database | X | | | |
| 17 | Cloudflare Account Records | X | | | |
| 18 | Comcast Records | X | | | |

| | | | | | |
|---|---|---|---|---|---|
| 19 | City of St. Charles Utility Records | X | | | |
| 20 | Ampnodehosting@gmail.com Subscriber Records | X | | | |
| 21 | Ampnodehosting@gmail.com Linked Accounts Records | X | | | |
| 22 | Ampnodehosting@gmail.com Search History | X | | | |
| 23 | Ampnodehosting@gmail.com Emails | X | | | |
| 24 | Fluffyhostingsolutions@gmail.com Subscriber Records | X | | | |
| 25 | Fluffyhostingsolutions@gmail.com Linked Accounts Records | X | | | |
| 26 | Fluffyhostingsolutions@gmail.com Emails | X | | | |
| 27 | Tankshu04@gmail.com Subscriber Records | X | | | |
| 28 | Tankshu04@gmail.com Linked Accounts Records | X | | | |
| 29 | Tankshu04@gmail.com Browsing History | X | | | |
| 30 | Tankshu04@gmail.com Search History | X | | | |
| 31 | Tankshu04@gmail.com Emails | X | | | |
| 32 | Nitroastralis@gmail.com Subscriber Records | X | | | |
| 33 | Quantum Booter Service Database | X | | | |
| 34 | AndyfromCanada@gmail.com emails | X | | | |
| 35 | Text messages from M. Gatrel to E. Peterson | X | | | |