1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  CRAIG A. HARBAUGH (Bar No. 194309)
   (E-Mail: Craig_Harbaugh@fd.org)
3  ADAM OLIN (Bar No. 298380)
   (E-Mail: Adam_Olin@fd.org)
4  Deputy Federal Public Defenders
   321 East 2nd Street
5  Los Angeles, California 90012-4202
   Telephone: (213) 894-4740
6  Facsimile: (213) 894-0081

7  Attorneys for Defendant
   MATTHEW GATREL
8

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                        WESTERN DIVISION
12

13
   UNITED STATES OF AMERICA,          Case No. CR 19-36-JAK
14
                 Plaintiff,           **MATTHEW GATREL'S PROPOSED**
15                                     **VOIR DIRE QUESTIONS**
            v.
16
   MATTHEW GATREL,
17
                 Defendant.
18

19       Defendant Matthew Gatrel, through his counsel of record, Deputy Federal Public

20  Defenders Craig A. Harbaugh and Adam Olin, hereby submits his proposed voir

21  //

22  //

23  //

24  /

25  //

26  //

27

28

1  dire questions and preamble he respectfully asks the Court to incorporate in the Court's
2  voir dire of the potential jurors.

3

4                                          Respectfully submitted,

5                                          CUAUHTEMOC ORTEGA
                                           Federal Public Defender
6

7  DATED:  August 5, 2021                  By   /s/ Craig A. Harbaugh

8                                          CRAIG A. HARBAUGH
                                           ADAM OLIN
9                                          Deputy Federal Public Defenders

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2

## DEFENSE'S PROPOSED VOIR DIRE QUESTIONS AND PREAMBLE

### I.    PREAMBLE

The defense requests that the following be read to the jurors:

This has been, and still is, a challenging year.  We have all been impacted by the coronavirus in very hard and painful ways.  We are all juggling work, family, and other burdens and responsibilities.  And we know that after more than a year of living with this virus, people are tired and still perhaps scared.

While we have all been trying to survive these last 17 months, jury trials have been suspended.  Jury trials are fundamental to our justice system.  It is a right that every one of us has under the U.S. Constitution.  And we can't have juries without people like you.  People who represent a cross section of our diverse district, and who can make sure that everyone's rights are protected.  So, it is essential to our system that we resume criminal jury trials.  That is why we are especially grateful for your service, presence, and sacrifice during this difficult and unprecedented time.

### I.    PROPOSED VOIR DIRE QUESTIONS

**Covid/Pandemic**

1.    Would you hold it against Mr. Gatrel that you are required to be in a public courtroom during a pandemic?

**Burden of Proof/Presumption of Innocence/General**

2.    Do you think that because Mr. Gatrel is here charged with an offense that he must have done something wrong?

3.    Do you think that the defense has to introduce any evidence in order for you to find him not guilty?

4.    Do you think that Mr. Gatrel should have to prove that he did not commit the crime?

3

5.     Do you think that an innocent person is more likely to testify in his own behalf?

6.     Have you, or a family member, or close friend been arrested or convicted of a crime?

   a. If so, did that experience effect the way you view law enforcement, and how?

   b. If so, did that experience effect the way you view the justice system, and how?

**<u>Prior Computer Experience</u>**

7.     Does anyone have knowledge, education or experience in the field of information technology or computers?

   a.  If so, please explain

8.     Has anyone ever served in the following roles: Network Administrator? Systems Administrator? Information Technology Manager?

   a. If so, please explain what role you served and what your duties were

   b. Even if you have never held any of those specific titles, has anyone ever worked on network/systems administration or in an IT department or role?

   c.  If so, please explain what role you served and what your duties were.

9.     For everyone who identified as having a background with computers, would anyone find it difficult to put aside their prior knowledge and experience in deciding this case?

<u>Prior Victim of Computer Hacking</u>

10.    Have you or a close family, or a business that you worked for ever been the victim of a computer hack?

   a. If so, please explain the nature of the hack that you experienced.

   b. If so, is there anything about that experience that affects you today?

11.    Have you, a close friend or family member, or a business for which you

have worked ever had your internet service attacked through a distributed denial of service, which is when a flood of internet traffic overwhelms the network resulting in the internet connection being lost or possible a website temporarily going offline?

   a.  If so, please explain the nature of the hack that you experienced.

   b.  If so, is there anything about that experience that might affect your ability to be fair in this case?

12.    Have you, or a close friend or family member ever been a victim of personal data breach, identity theft, or ransomware?

   a.   If so, please explain what happened.

   b.  If so, is there anything about that experience that might affect your ability to be fair in this case?

13.    You will hear evidence that Mr. Gatrel operated a web stressor service, which functions by directing web traffic to a particular internet connection. Does anyone have any prior knowledge or experience with a web stressor service?

   a.  If so, please explain

14.    Has anyone ever had their internet service or that of close friend or family member, or a business for which they worked, ever been impacted by a web stressor service?

   a.  If so, please explain.

   b.  If so, is there anything about that experience that might affect you today?

15.    Does anyone believe that the only reason for using a web stressor service is to illegally attack other computers?

16.    Does anyone believe that the merely operating a web stressor service automatically means Mr. Gatrel must have committed a crime?

**Law Enforcement Background**

17.   Have you, or a close friend or family member ever worked in law enforcement?

    a.  If so, please explain

    b.  If so, does your prior law enforcement experience or relationship with that person cause you to be more inclined to believe a law enforcement witness?

18.   Have you ever worked for a local, state, or the federal government?

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  August 5, 2021

By   */s/ Craig A. Harbaugh*

CRAIG A. HARBAUGH
ADAM OLIN
Deputy Federal Public Defenders