# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LA CR19-00036 JAK-1 |
| Date | September 1, 2021 |
| Present: The Honorable | John A. Kronstadt, United States District Judge |
| Interpreter | |

| T. Jackson | Terri Hourigan (AM) / Lisa Gonzalez (PM) | Cameron Schroeder / Adam Alexander |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Matthew Gatrel | X | X | | Adam Olin, DFPD | X | X | |
| | | | | Craig Harbaugh, DFPD | X | X | |

___ Day COURT TRIAL     4th Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

X Witnesses called, sworn and testified.

X Exhibits identified     X Exhibits admitted

___ Government rests.     ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) ___ is ___ granted ___ denied ___ submitted

___ Closing arguments made     ___ Court instructs jury     ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused     ___ Jury retires to deliberate     ___ Jury resumes deliberations

___ Finding by Court as follows:     ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) _____     ___ Not Guilty on count(s) _____

___ Jury polled     ___ Polling waived

___ Filed Witness & Exhibit lists     ___ Filed Jury notes     ___ Filed Jury Instructions     ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|   | Bond exonerated as to Dft # |   |   |
|---|---|---|---|
| X | Case continued to | September 2, 2021 at 11:15 a.m. | for further trial. |
|   | Other: |   |   |

05 : 18

Initials of Deputy Clerk   TJ