# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | LA CR19-00036 JAK-1 |
| Date | September 14, 2021 |
| Present: The Honorable | John A. Kronstadt, United States District Judge |
| Interpreter | |

| T. Jackson | Lisa Gonzalez | Cameron Schroeder / Adam Alexander |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Matthew Gatrel | | X | X | Adam Olin, DFPD | X | X | |
| | | | | Craig Harbaugh, DFPD | X | X | |

___ Day COURT TRIAL   9th Day JURY TRIAL   ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X  Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made.

X Witnesses called, sworn and testified.

X Exhibits identified     X Exhibits admitted

X Government rests.     X Defendant(s) rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

X Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied X submitted

___ Closing arguments made     ___ Court instructs jury     ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused     ___ Jury retires to deliberate     ___ Jury resumes deliberations

___ Finding by Court as follows:     ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) _____     ___ Not Guilty on count(s) _____

___ Jury polled     ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# _____ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

X  Case continued to    September 15, 2021 at 8:30 a.m.   for further trial.
   Other:

|  |  |
|---|---|
| 04 : 45 |  |

Initials of Deputy Clerk    TJ