# LIST OF EXHIBITS AND WITNESSES

| Case Number | LA CR19-00036 | Title | U.S.A. v. 1) Matthew Gatrel |
|---|---|---|---|
| Judge | John A. Kronstadt, U.S. District Judge | | |
| Dates of Trial or Hearing | 8/26/21; 8/27/21; 8/31/21; 9/01/21; 9/02/21; 9/03/21; 9/07/21; 9/08/21; 9/14/21; 9/15/21; 9/16/21. | | |
| Court Reporters or Tape No. | Lisa Gonzalez, Terri Hourigan; and Laura Elias | | |
| Deputy Clerks | T. Jackson | | |

FILED
CLERK, U.S. DISTRICT COURT
09/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: TJ  DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Cameron L. Schroeder | 1) Adam Olin; Craig Harbaugh |
| Adam Alexander | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | See attached. | |
| | | | | | | | |

G-65 (03/07)   LIST OF EXHIBITS AND WITNESSES   Page ___ of ___

| EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|
| Case Name: US v. Mattew Gatrel | | | | | |
| Case Number: CR 19-0036-JAK | | | | | |
| No. of Exhibit | Description | Stip. To Authen. | Stip. To Admiss. | Date Identified | Date Admitted |
| 1 | Downthem.org Website [disc] | | | 9/2/2021 | 9/2/2021 |
| 2 | Screen captures of Downthem.org website | | | 8/27/2021 | 8/27/2021 |
| 3 | Screen captures from FBI testing | | | 9/3/2021 | 9/3/2021 |
| 4 | Database for Downthem.org site [disc] | | | | |
| 5 | Excerpts from Downthem.org database<br>Atttack table excerpts - GOV 13-203<br>News Table - GOV 205-207   User Attacks - GOV 204, Raks 208-269<br>User Table - GOV 270A-331A | | | 9/1/2021 | 9/1/2021 |
| 6 | Attack Data [disc] | | | | |
| 7 | Chart of Downthem attack and victim data | | | 9/7/2021 | 9/7/2021 |
| 8 | Chart of Ampnode BP Hosting Service Data | | | 9/1/2021 | 9/7/2021 |
| 9 | Tickets from DownThem database | | | 8/27/2021 | 9/1/2021 |
| 10 | [Reserved] | | | | |
| 11 | FBI PCAP data [drive] | | | | |
| 12 | Screenshots of PCAP data | | | 8/27/2021 | 8/27/2021 |
| 13 | DDoS Amp/Ref Graphics Demonstrative | | | 8/27/2021 | |
| 14 | Ampnode.com Website [disc] | | | | |
| 15 | Screen captures of Ampnode.com website | | | 8/27/2021 | 8/27/2021 |
| 16 | Tickets from Ampnode database | | | 8/27/2021 | 8/27/21, 9/1/21 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | Cloudflare Account Records | | | 9/3/2021 | 9/3/2021 |
| 18 | Comcast Records | | | 9/3/2021 | 9/3/2021 |
| 19 | City of St. Charles Utility Records | | | 9/3/2021 | 9/3/2021 |
| 20 | Ampnodehosting@gmail.com Subscriber Records | | | 9/3/2021 | 9/3/2021 |
| 21 | Ampnodehosting@gmail.com Linked Accounts Records | | | | |
| 22 | Ampnodehosting@gmail.com Search History | | | 9/3/2021 | 9/3/2021 |
| 23 | Ampnodehosting@gmail.com Emails | (Certain pages admitted) | | 9/1/2021 | 9/1/2021 |
| 24 | Fluffyhostingsolutions@gmail.com Subscriber Records | | | 9/3/2021 | 9/3/2021 |
| 25 | Fluffyhostingsolutions@gmail.com Linked Accounts Records | | | 9/3/2021 | 9/3/2021 |
| 26 | Tankshu04@gmail.com Subscriber Records | | | 9/3/2021 | 9/3/2021 |
| 27 | Tankshu04@gmail.com Linked Accounts Records | | | | |
| 28 | Tankshu04@gmail.com Browsing History | | | 9/3/2021 | 9/3/2021 |
| 29 | Tankshu04@gmail.com Search History | | | 9/3/2021 | 9/3/2021 |
| 30 | Tankshu04@gmail.com Emails | | | 9/3/2021 | 9/3/2021 |
| 31 | Nitroastralis@gmail.com Subscriber Records | | | | |
| 32 | Quantum Booter Service Database [disc] | | | 9/7/2021 | |
| 33 | AndyfromCanada@gmail.com emails | | | 9/7/2021 | 9/7/2021 |
| 34 | Severonpro1@gmail.com Emails | | | 9/7/2021 | 9/7/2021 |
| 35 | Screen captures of Quantum Stresser website | | | | |
| 36 | Chart of Quantum Booter data | | | 9/7/2021 | Limited Purpose |
| 37 | [reserved] | | | | |
| 38 | Demonstrative of Linked IPs and Other Information | | | 9/3/2021 | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 39 | Quantum Stress Cloudflare Records | | | | |
| 40 | DownThem database from website [disc] | | | | |
| 41 | Attack logs from Downthem website database for User 1 (10/19/2014-4/24/2017) | | | 9/7/2021 | 9/7/2021 |
| 42 | Screenshots of Downthem Website (Ex. 1) | | | 9/3/2021 | 9/3/2021 |
| 43 | Attack logs from DownThem local_underground database for User 1 (2/17/2015-7/2/2016) | | | 9/7/2021 | 9/7/2021 |
| 44 | Emails between ampnodhosting@gmail.com and Quantum Stresser | | | 9/7/2021 | 9/7/2021 |

*USA v. Matthew Gatrel*

*CR 19-36-JAK*

**MASTER EXHIBIT LIST**

| Exhibit | Identified | Admitted | Bates Number | Description |
|---|---|---|---|---|
| 201 | | | MGJM 000272-MGJM 000273 | 2019-01-07 - 302 - Regarding Search Warrant - Gabriel Andrews |
| 202 | | | MGJM 000277 | 2019-01-15 - FBI Import Form - Extension to Retain & Search Digital Evidence - Gabriel Andrews |
| 203 | | | MGJM 000278 | 2019-01-18 - FBI Import Form - Subscriber Information Obtained from Comcast - Gabriel F. Andrews |
| 204 | | | | 2018-06-14 - 302 - Website Search - Gabriel F. Andrews |
| 205 | | | MGJM002850 - MGJM002886 | 2019-01-24 - Grand Jury Proceedings Transcript - Gabriel Andrews |
| 206 | | | | 2021-08-25 - Email from Andrews to AUSA Schroeder Re: Exhibit - Gabriel Andrews |
| 207 | | | | 2021-08-31 - United States v. Matthew Gatrel - Transcript of Jury Trial - Day 3 - PM Session - Damon McCoy |
| 208 | 9/02/2021 | 9/02/2021 | | 3849 Tickets - Damon McCoy |
| 209 | 9/01/2021 | 9/02/2021 | | 3849 Attacks - Damon McCoy |
| 210 | 9/02/2021 | 9/02/2021 | | Down Them Ticket 1291 - Damon McCoy |
| 211 | | | | Ethical Hacking - DDOS Attacks - Tutorialspoint - Damon McCoy |
| 212 | 9/02/2021 | | MGJM 001109 | Database Analysis - Damon McCoy |
| 213 | 9/01/2021 | | | Email from Damon McCoy - dlm cards sent you $22.50 USD - |

| Exhibit | Identified | Admitted | Bates Number | Description |
|---|---|---|---|---|
| 214 | | | | Email from Damon McCoy - Booter account - Damon McCoy |
| 215 | | | | Email - Booter account - Damon McCoy |
| 216 | | | | Email - Booter account - Damon McCoy |
| 217 | | | | Email - Booter account - Damon McCoy |
| 218 | | | | Email - Booter account - Damon McCoy |
| 219 | 9/01/2021 | 9/02/2021 | | Email - Booter account - Damon McCoy |
| 220 | | | | ISA 656_ Network Security - course syllabus - Damon McCoy |
| 221 | | | | ISA 797_ Cyber Crime - course syllabus - Damon McCoy |
| 222 | | | | McCoy Other articles and info - Damon McCoy |
| 223 | | | MGJM 000222-MGJM 000224 | OIA Approval - Damon McCoy |
| 224 | 9/01/2021 | | MGJM002730-MGJM002731 | RFI - CRAUSA (Larry Daniel - Digital Forensics at Envista Forensics) - Damon McCoy |
| 225 | | | | Booted An Analysis of a Payment on a DDoS WEIS_2017_slides_46 - Damon McCoy |
| 226 | | | | Deterring Cybercrime btlj_deterring_precis - Damon McCoy |
| 227 | | | | Deterring-Financially-Motivated-Cybercrime_2 - Damon McCoy |
| 228 | 9/01/2021 | 9/02/2021 | | Linking Amp attacks to booter services - Damon McCoy |
| 229 | | | | List of articles from damonmcoy.com - Damon McCoy |

| Exhibit | Identified | Admitted | Bates Number | Description |
|---|---|---|---|---|
| 230 | | | | Reading the tea leaves, A comparative analysis of threat int. threatintel-usesec19 - Damon McCoy |
| 231 | | | | Rent to Pwn Analyzing Comm Booter DDoS Svcs booter-login13 - Damon McCoy |
| 232 | 9/01/2021 | 9/02/2021 | | Stress Testing the Booters - p1033 - Damon McCoy |
| 233 | | | | You've got vulnerability li-usenix2016 - Damon McCoy |
| 234 | | | | Career Award 2019-03 - Damon McCoy |
| 235 | | | | CS 468_ Secure Programming and Systems - course syllabus - Damon McCoy |
| 236 | 9/01/2021 | | | D. McCoy Expert Disclosure and CV 4.28.21 - Damon McCoy |
| 237 | | | | DAMON L MCCOY-Comprehensive-Report-202104291532 - Damon McCoy |
| 238 | | | | dblp_ Damon McCoy 2021-05-03 - Damon McCoy |
| 239 | | | | DoS (Denial of Service) Attack Tutorial_ Ping of Death, DDOS - Damon McCoy |
| 240 | | | | Down Them Cover and Ticket 1291 - Damon McCoy |
| 241 | 9/01/2021 | | | McCoy Online CV - Damon McCoy |
| 242 | 9/02/2021 | | | Gatrel - Database Analysis - Damon McCoy |
| 243 | | | | IP_Geo.sql - Damon McCoy |
| 244 | | | | FIRST_DDoS_2_the_adversary-v1.0 - Krassimir Tzvetanov |
| 245 | 8/31/2021 | 8/31/2021 | | 2021-07-15-Krassimir Tzvetanov Resume - Krassimir Tzvetanov |

| Exhibit | Identified | Admitted | Bates Number | Description |
|---|---|---|---|---|
| 246 | | | | 2021-08-18 - Email - Gatrel_ Krassimir Tzvetanov - Krassimir Tzvetanov |
| 247 | | | | 2021-08-05 - K. Tsvetanov Expert Disclosure - Krassimir Tzvetanov |
| 248 | | | | LinkedIn - Krassimir Tzvetanov |
| 249 | | | | DDOS Training - Krassimir Tzvetanov |
| 250 | | | | FIRST DDOS introduction Booters - Krassimir Tzvetanov |
| 251 | 8/31/2021 | 8/31/2021 | | FIRST DDoS mitigation Strategies - Cost of a Minute - Krassimir Tzvetanov |
| 252 | | | | FIRST DDoS - The Adversary - Notes - Krassimir Tzvetanov |
| 253 | | | | Rakshan Factual Statement - Gabriel Andrews |
| 254 | | | MGJM002727 | Comcast Return - Success2 - Gabriel Andrews |
| 255 | | | MGJM002887-MGJM002893 | OP Power off Follow Up Meeting - Gabriel Andrews |
| 256 | | | | FIRST_DDoS_0_index - Krassimir Tzvetanov |
| 257 | 8/31/2021 | 8/31/2021 | Page 15 | FIRST_DDoS_1_introduction-v1.0 - Krassimir Tzvetanov |
| 258 | 8/31/2021 | | | FIRST_DDoS_2_the_adversary-v1.0 - Krassimir Tzvetanov |
| 259 | | | | FIRST_DDoS_3_network_fundamentals-v1.0 - Krassimir Tzvetanov |
| 260 | | | | FIRST_DDoS_4_attack_surface-v1.0 - Krassimir Tzvetanov |
| 261 | | | | FIRST_DDoS_5_network_technology-v1.0 - Krassimir Tzvetanov |

| Exhibit | Identified | Admitted | Bates Number | Description |
|---|---|---|---|---|
| 262 | | | | FIRST_DDoS_6_attacks-v1.0 - Krassimir Tzvetanov |
| 263 | 8/31/2021 | | | 2021-08-27 - Transcript - USA v Matthew Gatrel - Jury Trial Day 2 - PM Session - Krassimir Tzvetanov |
| 264 | | | MGJM 1113-15 | Skype Booter Channel (Excerpt) (MGJM 1113-15) - Krassimir Tzvetanov |
| 265 | | | MGJM 1117-21 | Skype Booter Channel (Excerpt)(MGJM 1117-21) - Krassimir Tzvetanov |
| 266 | | | MGJM 1131-35 | Skype Booter Channel (Excerpt)(MGJM 1131-35) - Krassimir Tzvetanov |
| 267 | | | MGJM 1154-56 | Skype Booter Channel (Excerpt) (MGJM 1154-56) - Krassimir Tzvetanov |
| 268 | | | MGJM 1157-59 | Skype Booter Channel (Excerpt) (MGJM 1157-59) - Krassimir Tzvetanov |
| 269 | | | MGJM 1249-51 | Skype Booter Channel (Excerpt) (MGJM 1249-51) - Krassimir Tzvetanov |
| 270 | | | MGJM 1303-05 | Skype Booter Channel (Excerpt) (MGJM 1303-05) - Krassimir Tzvetanov |
| 271 | | | MGJM 1380-84 | Skype Booter Channel (Excerpt)(MGJM 1380-84) - Krassimir Tzvetanov |
| 272 | | | MGJM 1546-48 | Skype Booter Channel (Excerpt) (MGJM 1546-48) - Krassimir Tzvetanov |
| 273 | | | MGJM 1646-49 | Skype Booter Channel (Excerpt) (MGJM 1646-49) - Krassimir Tzvetanov |
| 274 | | | MGJM 1769-71 | Skype Booter Channel (Excerpt)(MGJM 1769-71) - Krassimir Tzvetanov |
| 275 | | | MGJM 1901-03 | Skype Booter Channel (Excerpt) (MGJM 1901-03) - Krassimir Tzvetanov |
| 276 | | | MGJM 2044-46 | Skype Booter Channel (Excerpt)(MGJM 2044-46) - Krassimir Tzvetanov |
| 277 | | | MGJM 2045-47 | Skype Booter Channel (Excerpt) (MGJM 2045-47) - Krassimir Tzvetanov |

| Exhibit | Identified | Admitted | Bates Number | Description |
|---|---|---|---|---|
| 278 | | | MGJM 2123-27 | Skype Booter Channel (Excerpt) (MGJM 2123-27) - Krassimir Tzvetanov |
| 279 | | | MGJM 2171-73 | Skype Booter Channel (MGJM 2171-73) - Krassimir Tzvetanov |
| 280 | | | | 2021-08-16 - United States v. Matthew Gatrel and Juan Martinez - Plea Agreement for Juan Martinez - Sealed - Juan Martinez |
| 281 | | | | 2020-08-16 - Proffer Letter - Juan Martinez |
| 282 | | | | 2019-01-25 - Juan Martinez Bond Form - Juan Martinez |
| 283 | | | | 2021-08-23 - United States v. Juan Martinez - Transcript of Initial Appearance/Detention Hearing - Juan Martinez |
| 284 | | | | 2021-08-27 - United States v. Juan Martinez - Transcript of Change of Plea Hearing - Juan Martinez |
| 285 | | | | 2020-06-18 - Juan Martinez Warrant for Arrest - Juan Martinez |
| 286 | | | | 2021-05-06 - United States v. Juan Martinez - Minutes of Status Conference Re: Trial |
| 287 | | | | 2021-05-20 - United States v. Juan Martinez - Minutes Re: Trial Setting - Juan Martinez |
| 288 | | | MGJM001097-MGJM001101 | 2020-11-06 - 302 - Interview of Juan Martinez - Juan Martinez |
| 289 | | | MGJM001102 | 2020-10-13 - 302 - Interview of Juan Martinez - Juan Martinez |
| 290 | | | MGJM00076 | 2019-10-01 - 302 - Interview of Juan Martinez - Juan Martinez |
| 291 | | | | Ticket 1116 - Juan Martinez |
| 292 | | | | Ticket 1751 - Juan Martinez |
| 293 | | | | Ticket 1942 - Juan Martinez |

6

| Exhibit | Identified | Admitted | Bates Number | Description |
|---|---|---|---|---|
| 294 | | | | Ticket 1967 - Juan Martinez |
| 295 | | | | Ticket 1997 - Juan Martinez |
| 296 | | | | Ticket 2005 - Juan Martinez |
| 297 | | | | Ticket 2012 - Juan Martinez |
| 298 | | | | 2018-12-19 - Email from Severon Martinez to Mike Andrews - Juan Martinez |
| 299 | | | | 2019-01-07 - Email from Severon Martinez to Mike Andrews - Juan Martinez |
| 300 | | | | INTENTIONALLY LEFT BLANK |
| 301 | | | | INTENTIONALLY LEFT BLANK |
| 302 | | | | INTENTIONALLY LEFT BLANK |
| 303 | | | | 2021-08-29 - Schroeder Email - Krassimir Tzvetanov |
| 304 | | | MGJM 1104 | Main Channel Slack Excerpt 1 MGJM 1104 - Krassimir Tzvetanov |
| 305 | 8/31/2021 | | MGJM 1104 | Main Channel Slack Excerpt 2 MGJM 1104 - Krassimir Tzvetanov |
| 306 | 9/14/2021 | Limited Purpose | MGJM 1104 | Main Channel Slack Excerpt 4 MGJM 1104 - Krassimir Tzvetanov |
| 307 | | | MGJM 1105 | Booter Channel Slack Excerpt 1 (MGJM 1105) - Krassimir Tzvetanov |
| 308 | | | MGJM 1154-56 | Skype Booter Channel (MGJM 1154-56) - Krassimir Tzvetanov |
| 309 | | | MGJM 1157-59 | Skype Booter Channel (MGJM 1157-59) - Krassimir Tzvetanov |

| Exhibit | Identified | Admitted | Bates Number | Description |
|---|---|---|---|---|
| 310 | | | MGJM 1249-51 | Skype Booter Channel (MGJM 1249-51) - Krassimir Tzvetanov |
| 311 | | | MGJM 2177-79 | Skype Booter Channel (MGJM 2177-79) - Krassimir Tzvetanov |
| 312 | | | MGJM 2203-79 | Skype Booter Channel (MGJM 2203-05) - Krassimir Tzvetanov |
| 313 | | | MGJM 2301-03 | Skype Booter Channel (MGJM 2301-03) - Krassimir Tzvetanov |
| 314 | | | MGJM 2341-54 | Skype Booter Channel (MGJM 2341-54) - Krassimir Tzvetanov |
| 315 | | | MGJM 2310-12 | Skype Booter Channel (MGJM 2310-12) - Krassimir Tzvetanov |
| 316 | | | MGJM 2341-54 | Skype Booter Channel (MGJM 2341-54) - Krassimir Tzvetanov |
| 317 | | | MGJM 2380-82 | Skype Booter Channel (MGJM 2380-82) - Krassimir Tzvetanov |
| 318 | | | MGJM 2415-20 | Skype Booter Channel (MGJM 2415-20) - Krassimir Tzvetanov - Krassimir Tzvetanov |
| 319 | | | MGJM 2564-66 | Skype Booter Channel (MGJM 2564-66) |
| 320 | | | MGJM 1508-10 | Foundation - Skype Booter Channel - Krassimir Tzvetanov |
| 321 | | | MGJM 1646-49 | Skype Booter Channel (MGJM 1646-49) - Krassimir Tzvetanov |
| 322 | | | MGJM 1901-03 | Skype Booter Channel (MGJM 1901-03) - Krassimir Tzvetanov |
| 323 | | | MGJM 2171-73 | Skype Booter Channel - Krassimir Tzvetanov |
| 324 | | | MGJM 2341-54 | Skype Booter Channel - Krassimir Tzvetanov |
| 325 | | | MGJM 2380-82 | Skype Booter Channel (MGJM 2380-82) - Krassimir Tzvetanov |

| Exhibit | Identified | Admitted | Bates Number | Description |
|---|---|---|---|---|
| 326 | 8/31/2021 | | | Harbaugh Calculations - Krassimir Tzvetanov |
| 327 | 9/02/2021 | | | 2021-08-31 - USA v. Matthew Gatrel - Transcript - Jury Trial - Day 3 - Krassimir Tzvetanov |
| 328 | | | | 2021-09-01 - USA v. Matthew Gatrel - Transcript - Jusry Trial - Day 4 - AM Session - Damon McCoy |
| 329 | | | | 2021-09-01 - USA v. Matthew Gatrel - Transcript - Jury Trial - Day 4 PM Session - Damon McCoy |
| 330 | 9/07/2021 | | MGJM002481-MGJM002482 | 2019-02-07 - 302 - Interview of Gatrel by Elliott R. Peterson |
| 331 | | | MGJM 001085 | 2018-06-11 - Serial 185 - 1A - DDoS Testing Notes - Elliott R. Peterson |
| 332 | | | MGJM 001090 | Testing_Notes_12_3_2015 - Elliott R. Peterson |
| 333 | | | MGJM002699-MGJM002700 | Booter Case2 - Elliott R. Peterson |
| 334 | | | MGJM002701 | Booter PC - Elliott R. Peterson |
| 335 | | | MGJM000003-MGJM000004 | 2015-11-06 - 302 - DDOS Attack Testing with SA Douglas Klein - Elliott R. Peterson |
| 336 | 9/07/2021 | | MGJM 000013-MGJM 000014 | 20215-12-03 - 302 - DDOS Attack Testing with SA Douglas Klein - Elliott R. Peterson |
| 337 | 9/07/2021 | | MGJM 000232 | 2015-06-15 - 302 - Test of Booter Service - Elliott R. Peterson |
| 338 | 9/07/2021 | | MGJM 000243 | 2018-07-27 - 302 - Test of Booter Service - Elliott R. Peterson |
| 339 | | | MGJM 000244 | 2018-07-27 - 302- Test of Booter Service downthem.org - Elliott R. Peterson |
| 340 | | | MGJM002937-MGJM002943 | 2018-12-09 - Email from Peterson to Schroeder - Gatrel Complaint - Elliott R. Peterson |

| Exhibit | Identified | Admitted | Bates Number | Description |
|---|---|---|---|---|
| 341 | | | MGJM002947-MGJM002951 | 2018-12-09 - Email from Peterson to Pelker, A. Alexander, and Douglas - Quantum - Elliott R. Peterson |
| 342 | | | MGJM002952-MGJM002953 | 2019-10-11 - Email from Peterson to Klein and Schroeder - Sensor Queries - Elliott R. Peterson |
| 343 | | | MGJM001106-MGJM001108 | Downthem.org Booter Service Data Log - Elliott R. Peterson |
| 344 | | | | USA v. Bukoski; CR 18-154-TMB-DMS - Plea Agreement - Elliott R. Peterson |
| 345 | | | MGJM000267-MGJM 000268 | 2018-12-31 - 302 - Gatrel Interview - Elliott R. Peterson |
| 346 | | | MGJM 000122 | 2016-08-10 - 302 of Trevor Ford Incident Response - Elliott R. Peterson |
| 347 | | | MGJM 000222-MGJM 000224 | 2018-05-15 - FBI Report of Electronic Communication - Elliott R. Peterson |
| 348 | | | MGJM 000267-MGJM 000268 | 2018-12-31 - 302 Telephonic Interview of Gatrel - Elliott R. Peterson |
| 349 | | | MGJM 000274 | 2019-01-07 - 302 - Bitcoin Wallet Creation 302) - Elliott R. Peterson |
| 350 | | | | Rakshan Factual Statement - Elliott R. Peterson |
| 351 | | | | 2021-09-02 - Jury Trial - Day 5 - AM Session - Elliott R. Peterson |
| 352 | | | | 2021-09-02 - Jury Trial - Day 5 - PM Session - Damon McCoy and Elliott R. Peterson |
| 353 | | | | 2021-09-03 - Jury Trial - Day 6 - AM Session |
| 354 | | | | 2021-09-03 - Jury Trial - Day 6 - PM Session |
| 355 | 09/14/2021 | | | Transcript |

<u>GOVERNMENT'S WITNESS LIST</u>

1. SSA Gabriel Andrews (August 27, 2021)
2. Krassimir Tzvetanov (August 27, 2021 & August 31, 2021)
3. Professor Damon McCoy (August 31, 2021, September 1-2, 2021)
4. SA Elliott Peterson (September 2-3, 2021; September 7, 2021)