**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00036-JAK-1 |
| Plaintiff, | **ORDER RE UNOPPOSED EX PARTE APPLICATION TO CONTINUE SURRENDER DATE TO JANUARY 2, 2023 (DKT. 388)** |
| v. | |
| MATTHEW GATREL, | |
| Defendant. | |

Based on a review of the Unopposed Ex Parte Application to Continue Surrender Date to January 2, 2023 (the "Application" (Dkt. 388)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested through the Application is **GRANTED**, as follows:

Defendant Matthew Gatrel's surrender date is continued to January 2, 2023. If Defendant is unable to secure transportation to his designated BOP facility in Kentucky, Defendant may surrender to the United States Marshals Service in the Northern District of Illinois.

**IT IS SO ORDERED.**

Dated:  December 28, 2022

_____
John A. Kronstadt
United States District Judge

1